IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janel Russel Designs, Inc.,

Plaintiff,

v.

Fred Meyer Jewelers, Inc.,

Defendant.

COURT FILE NO. 01-876 (PAM/SRN)

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO RESPOND TO COMPLAINT**

To: The Honorable Paul A. Magnuson:

IT IS HEREBY stipulated by the undersigned counsel that Defendant Fred Meyer Jewelers, Inc. be permitted an extension up to and including June 28, 2001, to file a response to the Complaint in the above-entitled action.

Dated: June 14, 2001

NIKOLAI, MERSEREAU & DIETZ, P.A.

By James T Nikolai

James T. Nikolai (#144101)
820 International Centre
900 Second Avenue South
Minneapolis, MN 56267
Telephone: (612) 339-7461

**Attorneys for Plaintiff**
**Janel Russel Designs, Inc.**

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

MOSS & BARNETT
A Professional Association

Dated: June 14, 2001

By Peter A. Koller
Thomas J. Shroyer (#100638)
Peter A. Koller (#150459)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**Attorneys for Defendant**
**Fred Meyer Jewelers, Inc.**

IT IS ORDERED:

June 15, 2001.

The Honorable Paul A. Magnuson
Judge, U.S. District Court

429116/1