IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janel Russell Designs, Inc.,

Plaintiff,

v.

Fred Meyer Jewelers, Inc.,

Defendant.

COURT FILE NO. 01-876 (PAM/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been duly compromised and settled

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this action, through their respective undersigned attorneys, that all claims in the above-entitled action may be and hereby are dismissed upon the merits with prejudice and without costs to either party and that the Court may enter judgment herein dismissing the above-entitled action with prejudice upon the merits, without costs to either party and without notice to the parties or their attorneys.

Dated: July 23, 2001.

NIKOLAI, MERSEREAU & DIETZ, P.A.

By James T Nikolai

James T. Nikolai (#144101)
820 International Centre
900 Second Avenue South
Minneapolis, MN 56267
Telephone: (612) 339-7461

**Attorneys for Plaintiff**
**Janel Russell Designs, Inc.**

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 26 2001
DEPUTY CLERK ______

MOSS & BARNETT
A Professional Association

Dated: July 17, 2001.

By *Peter A. Koller*

Thomas J. Shroyer (#100638)
Peter A. Koller (#150459)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**Attorneys for Defendant**
**Fred Meyer Jewelers, Inc.**

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that all claims in the above-entitled action shall be and hereby are dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: July 26, 2001.

*Paul A. Magnuson*
Paul A. Magnuson
Judge of U.S. District Court

431996/1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500